The defendant has not disputed the construction of the law contended for by the plaintiff in the two briefs filed in its behalf. It would seem, therefore, that the rule relied upon by the plaintiff is applicable to the situation at bar, and we accordingly sustain the protest claim for duty at the rate of 10 percent ad valorem under the provisions of paragraph 1402, *supra*, as to the merchandise described on the invoices as "asbestos paper, saturated," and "roofing felt, saturated."

Judgment will issue accordingly.

BEFORE THE SECOND DIVISION, AUGUST 22, 1947

**No. 51872.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 467277–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51873.**—National Merchandise Corp. *v.* United States, protest 63571–K (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51874.**—Davis–Grossman Glove Corp. et al. *v.* United States, protests 823936–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51875.**—Van Raalte Co., Inc. *v.* United States, protests 963406–G, etc. (New York).